397 A.2d 1250

Commonwealth v. Riley, Appellant.

Submitted March 13, 1978. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

397 A.2d 1250

Commonwealth v. Warner, Appellant.

Submitted March 13, 1978. Thomas M. Torquato, for appellant; Richard M. Mohler, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.